```
 1  Sheri Pan (SBN 316136)
 2  sheri@zwillgen.com
    ZWILLGEN LAW LLP
 3  369 Pine Street, Suite 506
 4  San Francisco, CA 94104
    Telephone: (415) 590-2341
 5  Facsimile: (415) 636-5965

 6
    Dana Brusca (admitted pro hac vice)
 7  dana@zwillgen.com
 8  ZWILLGEN PLLC
    1900 M Street NW, Suite 250
 9  Washington, DC 20036
10  Telephone: (202) 296-3585
    Facsimile: (202) 706 5298
11  Attorneys for Defendant
12  Peacock TV LLC
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMESCUA, JENNA HARBIN, CHRISTOPHER BARULICH, MICHELIAH ISLAND, TYLER MCDANIEL, AND 25,369 OTHER CALIFORNIA INDIVIDUALS,<br><br>Petitioners,<br><br>v.<br><br>PEACOCK TV LLC,<br><br>Respondent. | Case No. 2:23-cv-09573-PA-AGRx<br><br>**PEACOCK TV LLC'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF REMAND ORDER**<br><br>Judge:         Hon. Percy Anderson<br><br>Motion Date:   February 26, 2024<br>Motion Time:   1:30 p.m.<br>Courtroom:     9A, 9th Floor<br><br>Action Filed:  November 13, 2023 |

**TO THE COURT, PETITIONERS, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 26, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in the United States Courthouse, Central District of California, 350 W. 1st Street, Courtroom 9A, Los Angeles, CA 90012, in the Courtroom of Honorable Judge Percy Anderson, Respondent Peacock TV LLC moves this Court to reconsider its Order dated January 3, 2024, remanding this matter to the Superior Court of California in the County of Los Angeles, and to withdraw it.

This motion is made pursuant to Rule 59(e) and Rule 60(b) of the Federal Rules of Civil Procedure and Local Rule 7-18.

This motion is based on this document, the Certificate of Service, all of the pleadings, papers, and other records on file in this action, and whatever argument and evidence may be heard at any hearing on this motion.

This Motion is made following the conference over several days of Petitioners' and Respondent's counsels pursuant to Local Rule 7-3, which began January 9, 2024.

Respectfully submitted,

DATED: January 16, 2024        **ZWILLGEN LAW LLP**

By:  */s/ Sheri B. Pan*
Sheri B. Pan (SBN 316136)
sheri@zwillgen.com

*Attorney for Defendant*
*Peacock TV LLC*

Respondent Peacock TV LLC ("Peacock") respectfully moves this Court to reconsider its Minute Order entered on January 3, 2024 (ECF 30), because it inadvertently failed to consider facts Peacock presented at the time of removal in a way that constitutes manifest error. *See* L.R. 7-18 ("A motion for reconsideration of the decision on any motion may be made only on the grounds of . . . (c) a manifest showing of a failure to consider material facts presented to the Court before such decision.").

On November 13, 2023, in tandem with its removal notice, Peacock filed a corporate disclosure statement as required by Federal Rule of Civil Procedure 7.1. *See* ECF 3. Because of Peacock's invocation of diversity jurisdiction, that statement was required to comply with subsection 7.1(a)(2).

Consequently, the corporate disclosure statement did, in fact, "specifically identify Respondent's member's members and allege each one's citizenship." *See* ECF 30 at 4 (Jan. 3, 2024 Minute Order). In relevant part Peacock stated:

- Peacock "is a wholly-owned, indirect subsidiary of Comcast Corporation."

- "NBCUniversal Media, LLC is the sole member of Peacock TV LLC and a citizen of New York and Delaware."

- NBCUniversal Media, LLC "is directly and indirectly owned by" twenty-one LLCs and corporations, all of which are listed in footnote 1 of the statement:

    [1] These LLCs and corporations are NBCUniversal, LLC; Comcast Navy Acquisition, LLC; Comcast Navy Contribution, LLC; NBCUniversal Enterprise, Inc.; SNL Entertainment Holdings, Inc.; Comcast CCW Holdings, LLC; Comcast DW Holding, Inc.; Comcast Snap Holdings II, LLC; Comcast SportsNet New England Holdings, LLC; Comcast SportsNet Philadelphia Holdings, LLC; Versus Holdings, LLC; Comcast CHC, LLC; Comcast Contribution Holdings, LLC; E! Holdings, Inc.; Comcast SportsNet NE Holdings, Inc.; CSNNE Partner, LLC; Comcast Holdings Corporation; Comcast Spectacor Holding Company, LLC; Comcast Navy Holdings,

2

>   LLC; and Comcast Snap Holdings, Inc.  All of these LLCs and corporations roll up to Comcast Corporation.
>
>   The list thus identifies each member of NBCUniversal Media, LLC; each member of such members—and so on and so forth, through each level of ownership from NBCUniversal Media, LLC to Comcast Corporation.  Put another way, the corporate disclosure statement identifies each and every LLC or corporation that owns NBCUniversal Media, LLC directly (because it is a member of NBCUniversal Media LLC) or indirectly (because, for example, it is a member of a member of NBCUniversal Media, LLC).
>
> - The corporate disclosure statement also identified the citizenship of all such LLCs and corporations: "all of [the listed LLCs and corporations] are citizens of either Pennsylvania and/or Delaware and roll up to Comcast Corporation, a citizen of Pennsylvania."

ECF 3.

Thus, although it did not provide an organizational chart, Peacock did "list" all members of each LLC that had direct or indirect ownership of NBCUniversal Media, LLC, and "identify[] the actual state of citizenship" of each—Pennsylvania and/or Delaware.  *See* ECF 30 at 4 (Jan. 3, 2024 Minute Order).  Peacock likewise "name[d]—and identif[ied] the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor" in full compliance with Federal Rule of Civil Procedure 7.1(a)(2).

## CONCLUSION

Based on the foregoing, Peacock respectfully submits the Court has inadvertently failed to consider material facts before it and requests that it reconsider the Minute Order remanding this action and order it withdrawn.

|   |                              |                                              |
|---|------------------------------|----------------------------------------------|
| 1 |                              | Respectfully submitted,                      |
| 2 | DATED: January 16, 2024      | **ZWILLGEN LAW LLP**                         |
| 3 |                              |                                              |
| 4 |                              | By:  */s/ Sheri B. Pan*                      |
| 5 |                              | Sheri B. Pan (SBN 316136)                    |
|   |                              | sheri@zwillgen.com                           |
| 6 |                              |                                              |
| 7 |                              | *Attorney for Respondent*                    |
|   |                              | *Peacock TV LLC*                             |

4

# PROOF OF SERVICE

I am a citizen of the United States; I am over the age of eighteen years, and not a party to the within action; my business address is ZwillGen PLLC, 1900 M Street NW, Suite 250, Washington, D.C. 20036.

On January 16, 2024, I served a true and correct copy of the following document(s): **PEACOCK TV LLC'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF REMAND ORDER** on the following person(s) in this action:

Caleb Marker (SBN 269721)
ZIMMERMAN REED LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781
Email: caleb.marker@zimmreed.com

*Attorney for Petitioners*

☐ (MAIL) By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the U.S. Postal Service and correspondence placed for collection and mailing would be deposited in the U.S. Postal Service at Washington, D.C., with postage thereon fully prepaid, that same day in the ordinary course of business.

☒ (E-mail or electronic transmission ONLY) by transmitting a true copy of the foregoing document(s) to the email addresses set forth as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 16, 2024, at Greenbelt, MD.

*/s/ Jamie Moses*
Jamie Moses